PROB 12B
FLNP(2/2013)

**Northern District of Florida**

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION**

**WITH CONSENT OF THE OFFENDER**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Darryl A. Williams                          Case Number:   4:17CR10-001

Name of Sentencing Judicial Officer:   The Honorable Mark E. Walker, Chief United States District Judge

Date of Original Sentence:   January 18, 2018

Original Offense:   Scheme to Commit Bank Fraud, Making a Materially False Statement to a Financial Institution and Aiding and Abetting

Original Sentence: One (1) day credit for time served, followed by five (5) years of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced:   1/18/2018

---

## PETITIONING THE COURT

☐ To extend the term of supervision for          years, for a total of          years.

☒ To modify the conditions of supervision as follows:

The offender's 2-year term of home detention, which commenced on January 18, 2018, shall be modified to now include electronic monitoring, beginning at a time set by the probation officer. While on home detention, the defendant must be in the defendant's residence except for absences approved by the probation officer in advance for gainful employment, community service, religious services, medical care, education or training, or other similar purposes. The cost of home detention is not assessed against the offender.

## CAUSE

Williams opened new lines of credit without first securing the permission of the probation officer. The offender also traveled outside of the Northern District of Florida without permission as evidenced by his verbal admission and banking transactions. Further, Williams was Court - ordered to complete twenty (20) hours of community service hours per month and has also failed to properly report his monthly income on his monthly supervision reports.

FILED USDC FLND TL
APR 29 '19 PM 12:48

Request for Modifying the Conditions or Term of Supervision
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by  David Clayton

U.S. Probation Officer
Date:  April 23, 2019

☐ No Action

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above

☐ Other -

MARK E. WALKER
Signature of Judicial Officer

4. 26, 2019
Date

PROB 49
(3/89)

# United States District Court

Northern  District of  Florida

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender's 2-year term of home detention, which commenced on January 18, 2018, shall be modified to now include electronic monitoring, beginning at a time set by the probation officer. While on home detention, the defendant must be in the defendant's residence except for absences approved by the probation officer in advance for gainful employment, community service, religious services, medical care, education or training, or other similar purposes. The cost of home detention is not assessed against the offender.

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)
4-24-19

4·24·19
(Date)